UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at FRANKFORT**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                               )<br>     Plaintiff,               )<br>                               )<br> v.                            )<br>                               )<br> MARQUINO RAYDALE COLLINS,     )<br>                               )<br>     Defendant.                ) | Criminal Action No.<br>5:14-CR-117-JMH-REW<br><br>**MEMORANDUM OPINION & ORDER** |

\*\*     \*\*     \*\*     \*\*     \*\*

This matter is before the Court on Defendant's Motion for Reappointment of Counsel in which he asks the Court to reassign his trial attorney, Hon. Patrick Nash, to assist him in exploring and raising further issues with regard to his case. Defendant cites no authority pursuant to which this Court might reappoint his attorney at this time, nor is the Court aware of any authority that would permit the relief Defendant seeks.

Accordingly, **IT IS ORDERED** that Defendant's Motion for Reappointment of Counsel [DE 39] is **DENIED**.

This is the 16th day of February, 2016.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge